Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*The Pinkfong Company, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PINKFONG COMPANY, INC., <br><br> *Plaintiff* <br><br> v. <br><br> 080*/*FGR, CHEHU, ESRDGHJMNBF, FYY101, GUANGZHOULIANXUSHANGMAO18, GUOYUPINGZHIYU, HEJIAJUYI, HXWS, INPANY, JASHIAGE, LIAMEIU, LIAOLLIAO, LSJ US STORE, PHONE MATE, SHENGKAIJINGDIAN, ZHIJIANGSHIFAYEMAOYIYOUXIANZERENGONGSI869525 and ZHOUKOUTUKAISHANGMAOYOUXIANGONGSI, <br><br> *Defendants* | **25-cv-3640** <br><br> **UNSEALING ORDER** |

1

The Court hereby orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

SIGNED this 14th day of May, 2025.
New York, New York

_____
J. PAUL OETKEN
United States District Judge

Part I