```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

THE PINKFONG COMPANY, INC.,

                Plaintiff,

  - against -

080*/*FGR, ET AL.,

                Defendants.

------------------------------------------------------------

25-cv-3640 (JGK)

ORDER

**JOHN G. KOELTL**, District Judge:

    On August 13, 2025, the Clerk of Court issued a certificate of default as to 16 defendants:

1. 080*/*FGR;
2. CHEHU;
3. esrdghjmnbf;
4. FYY101;
5. GuangZhouLianXuShangMao18;
6. guoyupingzhiyu;
7. hejiajuyi;
8. HXWS;
9. JASHIAGE;
10. liameiu;
11. LIAOLLIAO;
12. lsj us store;
13. Phone mate;
14. shengkaijingdian;
15. zhijiangshifayemaoyiyouxianzerengongsi869525;

16. zhoukoutukaishangmaoyouxiangongsi.

On August 15, 2025, the Court entered an order to show cause why a default judgment should not be entered against the defendants. ECF No. 32. The plaintiff served the order to show cause on the defendants on August 18, 2025. ECF No. 33. The time to respond to the order to show cause was September 5, 2025, <u>see</u> ECF No. 32, but to date, the defendants have failed to respond. Accordingly, the plaintiff is entitled to a default judgment against the defendants. The case is referred to the Magistrate Judge for an inquest to determine the appropriate damages to be awarded, as well as any other provisions of an appropriate judgment.

**SO ORDERED.**

**Dated:**    **New York, New York**
               **September 12, 2025**

                                         John G. Koeltl
                                    **United States District Judge**