UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

THE PINKFONG COMPANY, INC.,                    25-cv-3640 (JGK)

                Plaintiff,                    ORDER

      - against -

080*/*FGR, ET AL.,

                Defendants.
_____

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to serve a copy of Magistrate Judge Parker's Report and Recommendation (ECF No. 45) on defendants esrdghjmnbf and Phone Mate by **April 1, 2026,** and to file proof of service on the docket by **April 3, 2026.**

SO ORDERED.
Dated:    New York, New York
         March 30, 2026

                                    John G. Koeltl
                        United States District Judge