UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————————

THE PINKFONG COMPANY, INC.,                    25-cv-3640 (JGK)

                         Plaintiff,            ORDER

          - against -

080*/*FGR, ET AL.,

                         Defendants.
————————————————————————————————————

JOHN G. KOELTL, District Judge:

      The Court has reviewed the Report and Recommendation of
Magistrate Judge Parker dated March 13, 2026 (ECF No. 45), in
connection with the damages inquest as to defendants esrdghjmnbf
and Phone Mate (collectively, the "defaulting defendants"). The
Magistrate Judge recommends that a judgment in the amount of
$50,000 be entered against each of the defaulting defendants. The
plaintiff served a copy of the Report and Recommendation on the
defaulting defendants on March 31, 2026. ECF No. 47. No objections
to the Report and Recommendation have been filed, and the time for
objections has passed. In any event, the Court finds that the
Report and Recommendation is thorough and well-reasoned and should
be adopted. The Court therefore adopts the Report and awards the
plaintiff the relief set out in the Report.

The Clerk is respectfully requested to enter a judgment pursuant to Federal Rule of Civil Procedure 54(b) in favor of the plaintiff and against each of the defaulting defendants for $50,000. There is no just reason for delay in entering judgment against the defaulting defendants.

SO ORDERED.
Dated:    New York, New York
          April 16, 2026

_____
          John G. Koeltl
    United States District Judge