**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
THE PINKFONG COMPANY, INC.,

                      Plaintiff,                          25 **CIVIL** 3640 (JGK)

        -against-                             **<u>RULE 54(b) JUDGMENT</u>**

080*/*FGR, ET AL.,

                     Defendants.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 16, 2026, , the Court adopts the Report and awards the plaintiff the relief set out in the Report. Accordingly, judgment is entered in favor of the Plaintiff and against each of the defaulting defendants esrdghjmnbf and Phone Mate for $50,000 pursuant to Federal Rule of Civil Procedure 54(b). There is no just reason for delay in entering judgment against the defaulting defendants.

**Dated:** New York, New York
        April 20, 2026

                                 **TAMMI M. HELLWIG**

                                    **Clerk of Court**

          **BY:**                                 **Deputy Clerk**