UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────

THE PINKFONG COMPANY, INC.,                    25-cv-3640 (JGK)

                Plaintiff,                    ORDER

      - against -

080*/*FGR, ET AL.,

                Defendants.
────────────────────────────────

JOHN G. KOELTL, District Judge:

    In accordance with its representation, the plaintiff should serve its Motion for a Turnover Order (ECF No. 50) and accompanying papers on Amazon. Amazon may respond fourteen (14) days after service on it, and the plaintiff may reply seven (7) days thereafter.

SO ORDERED.
Dated:    New York, New York
        April 24, 2026

                              _____
                                John G. Koeltl
                  United States District Judge