

**EPSTEIN DRANGEL LLP**

6 East 45th Street, 7th Floor, New York, NY 10017
**T:** 212.292.5390 • **E:** mail@ipcounselors.com
www.ipcounselors.com

May 20, 2026

*The Turnover motion (ECF No. 50) has now been resolved. See ECF No. 58).*

*The Clerk is therefore requested to close ECF No. 50.*

*So ordered.*

*Per G Koeltr*

*U.S.D.S.*

*5/20/26*

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

> **Re:**   ***The Pinkfong Company, Inc. v. 080*/*FGR, et al.,***
> **Case No. 25-cv-3640 (JGK)**
> **Letter Regarding Asset Turnover Motion Service on Amazon**

Dear Judge Koeltl,

We represent Plaintiff The Pinkfong Company, Inc. ("Plaintiff") in the above-referenced action (the "Action").[1] On April 24, 2026, the Court entered an order directing Plaintiff to serve its motion for a turnover order ("Asset Turnover Motion") (Dkts. 50-52, 54) and accompanying papers on Amazon ("Turnover Order"). (Dkt. 55). The Turnover Order also stated that Amazon may respond fourteen (14) days after service, and Plaintiff may reply seven (7) days thereafter. *Id.* As such, Plaintiff submits the instant letter detailing Plaintiff's communications with Amazon.

On May 1, 2026, Plaintiff served the Asset Turnover Motion and Turnover Order on Amazon. On May 4, 2026 Amazon confirmed receipt of the Asset Turnover Motion and Turnover Order and voluntarily turned over Defendants' frozen assets. As mentioned in Plaintiff's Asset Turnover Motion, Amazon is routinely willing to comply with asset turnover orders in actions such as the instant one (Asset Turnover Motion, p. 3, Section II(A)(i)) (Dkt. 52).

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY:   /s/ Melissa J. Levine
Melissa J. Levine
mlevine@ipcounselors.com

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiff's Complaint or Application.

Case 1:25-cv-03640-JGK-VF     Document 58     Filed 05/20/26     Page 2 of 2

Hon. John G. Koeltl
May 20, 2026
Page 2

6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*

