UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE PINKFONG COMPANY, INC.,

Plaintiff,

- against -

080*/*FGR, ET AL.,

Defendants.

25-cv-3640 (JGK)

Order

John G. Koeltl, District Judge:

The plaintiff is requested to file a status report with respect to the status of this action by **October 30, 2026.**

SO ORDERED.

Dated: New York, New York
October 9, 2026

John G. Koeltl
United States District Judge